1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12   **ANTHONY HERRERA,**                      Case No. 2:24-cv-01660 DJC CSK P

13                              Plaintiff,     **ORDER**

14                 **v.**

15   **LYNCH, et al.,**

16                              Defendants.

17

18          Plaintiff is a state prisoner proceeding pro se in this action arising under 42 U.S.C. § 1983.

19   On October 9, 2025, the Court granted defendants' motion to compel plaintiff's deposition and

20   ordered that plaintiff's deposition must be completed on or before November 24, 2025.  (ECF No.

21   51.)  On October 29, 2025, defendants filed an ex parte application to extend the November 24,

22   2025 deadline by fourteen days up to and including December 8, 2025.  (ECF No. 53.)

23          Good cause appearing, **IT IS HEREBY ORDERED** that:

24          1.   Defendants' request for a fourteen-day extension of time (ECF No. 53) is **GRANTED**;

25          2.   The deadline to complete Plaintiff's deposition is extended to **DECEMBER 8, 2025**;

26          3.   All other provisions and deadlines contained within the Court's October 9, 2025 Order

27                (ECF No. 51) shall remain unchanged; and

28

                                                    1

4.  **No further requests for extensions of time to conduct plaintiff's deposition will be granted**.

Dated:  October 31, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Herr1660.eot(3)/2

2