UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERRERA,<br>Plaintiff,<br>v.<br>LYNCH, et al.,<br>Defendants. | No. 2:24-cv-1660 DJC CSK P<br><br>ORDER |

Plaintiff filed a motion for a ninety day extension of time to file objections to the findings and recommendations filed July 28, 2026 recommending that defendants' summary judgment motion be granted as to plaintiff's Eighth Amendment claim based on denial of medication and denied as to plaintiff's Eighth Amendment claims based on being held in the holding cell for twelve hours, without being able to sit down, and without access to water. The grounds of plaintiff's motion for extension of time are that plaintiff's mail is being tampered with, plaintiff does not understand the findings and recommendations, plaintiff does not have access to his property and that plaintiff is supposed to have back surgery. (ECF No. 68 at 1.) Plaintiff is granted a thirty day extension of time to file his objections. Any further requests for extension of time to file objections must be supported by substantial cause.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 68) is granted in part; and

2. Plaintiff is granted thirty days from the date of this order to file objections to the July 28, 2026 findings and recommendations.

Dated: August 20, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Herr1660.36/2