UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HERRERA,<br>Plaintiff,<br>v.<br>LYNCH, et al.,<br>Defendants. | No. 2:24-cv-1660 DJC CSK P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the following reasons, plaintiff's motion for extension of time to file a response to defendants' summary judgment motion and motion to compel (ECF Nos. 72, 73) are denied.

On July 28, 2026, this Court recommended that defendants' summary judgment motion be granted as to plaintiff's Eighth Amendment claim based on denial of medication and denied as to plaintiff's Eighth Amendment claims based on being held in the holding cell for twelve hours, without being able to sit down, and without access to water or a bathroom. (ECF No. 67.) On August 20, 2026, this Court granted plaintiff a thirty day extension of time to file objections to the findings and recommendations. (ECF No. 70.) On August 24, 2026, plaintiff filed a notice of change of address indicating his transfer to Calipatria State Prison. (ECF No. 71.) On August 24, 2026, plaintiff filed the pending motion for extension of time to file a response to defendants'

summary judgment motion. (ECF No. 72.) The grounds of this request are that, due to plaintiff's transfer to a different prison, plaintiff does not have access to his legal property. (Id.) On September 8, 2026, plaintiff filed the pending motion to compel electronically stored documents or tangible things. (ECF No. 73.) Attached to the motion to compel is a copy of plaintiff's previously submitted opposition to defendants' summary judgment motion. (Id. at 3-29.)

Plaintiff's motion for extension of time to file a response to defendants' summary judgment motion is denied as unnecessary because plaintiff previously submitted his opposition. (ECF Nos. 61, 62.) Plaintiff's motion to compel is denied because, but for defendants taking plaintiff's deposition, discovery closed on August 29, 2025. (ECF Nos. 44, 51, 55.)

This Court observes that plaintiff's motion to compel indicates that plaintiff has access to his legal property. For this reason, the Court will not modify the August 20, 2026 order granting plaintiff thirty days to file objections to the findings and recommendations filed July 28, 2026.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time to file a response to defendants' summary judgment motion (ECF No. 72) is denied.

2. Plaintiff's motion to compel (ECF No. 73) is denied.

Dated: September 16, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Herr1660.ord(2)/2