UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY HERRERA,

Plaintiff,

v.

LYNCH, et al.,

Defendants.

No. 2:24-cv-1660 DJC CSK P

ORDER

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 28, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On August 20, 2026, Plaintiff was granted a thirty day extension of time to file objections. Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 67) are adopted in full;

2. Defendants' summary judgment motion (ECF No. 59) is granted as to plaintiff's Eighth Amendment claim based on denial of medication; defendants' summary judgment motion is denied as to plaintiff's Eighth Amendment claims based on being held in the holding cell for twelve hours, without being able to sit down, and without access to water or a bathroom.

3. This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE